UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD<br><br>v.         Plaintiff(s)<br><br>INA BUSINESS MANAGEMENT, INC., et.al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:19-cv-01406-PA-KK<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for  November 18, 2019                 at  10:00      ☑ a.m. / ☐ p.m.

LOCATION:  Riverside Federal Courthouse, 3470 12th Street Riverside Ca. 92501

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:**  November 8, 2019

**Panel Mediator:**  Steven E. Moyer
**Address:**  41750 Rancho Las Palmas, Suite K-1
Rancho Mirage,
CA 92270
**Phone:**  Tel 760.636.1496  Cell 310.968.3290